# Summary of Account 9873

(AmeriStar MK Account at Citizens Bank)

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| **9873 Account** | | **Beginning Balance** | | | | **$0.00** |
| 9873 Account | 9/28/2023 | Deposit | | | $240.00 | $240.00 |
| 9873 Account | 9/29/2023 | ATM Deposit Unspecified | Cash | | $5.00 | $245.00 |
| 9873 Account | 10/6/2023 | Wire In | WISE INC REFUND | | $1,189.08 | $1,434.08 |
| 9873 Account | 10/6/2023 | Wire In | WISE INC REFUND | | $2.11 | $1,436.19 |
| 9873 Account | 10/16/2023 | Check Card Purchase | BARREL JUNCTI | $87.24 | | $1,348.95 |
| 9873 Account | 10/17/2023 | Check Card Purchase | LOWES | $22.45 | | $1,326.50 |
| 9873 Account | 10/23/2023 | Check Card Purchase | CHINA HOUSE | $33.33 | | $1,293.17 |
| 9873 Account | 10/23/2023 | Check Card Purchase | WAL-MARTS | $40.86 | | $1,252.31 |
| 9873 Account | 10/23/2023 | Check Card Purchase | ROUTE 8 SHOP N SAV | $106.68 | | $1,145.63 |
| 9873 Account | 10/24/2023 | Internet Check Card Purchase | CABINETPARTS.COM | $44.70 | | $1,100.93 |
| 9873 Account | 10/25/2023 | Internet Check Card Purchase | AMZN MKTP | $40.27 | | $1,060.66 |
| 9873 Account | 10/25/2023 | Internet Check Card Purchase | AMZN MKTP | $78.83 | | $981.83 |
| 9873 Account | 10/27/2023 | Internet Check Card Purchase | AMZN MKTP | $28.61 | | $953.22 |
| 9873 Account | 10/30/2023 | Internet Check Card Purchase | AMZN MKTP | $16.20 | | $937.02 |
| 9873 Account | 10/31/2023 | Check Card Purchase | WINE AND SPIRI | $75.92 | | $861.10 |
| 9873 Account | 10/31/2023 | Check Card Purchase | WAL-MARTS | $6.40 | | $854.70 |
| 9873 Account | 10/31/2023 | Electronic Funds Transfer (EFT) Debit | MARINER FINANCE TRANS PMT | $97.16 | | $757.54 |
| 9873 Account | 10/31/2023 | Bank Adjustment Debit | SEAMLESSC ACCTVERIFY | $0.01 | | $757.53 |
| 9873 Account | 10/31/2023 | Maintenance/Service Charge Fee | SERVICE CHARGE | $3.00 | | $754.53 |
| 9873 Account | 10/31/2023 | Bank Adjustment Credit | SEAMLESSC ACCTVERIFY | | $0.01 | $754.54 |
| 9873 Account | 11/2/2023 | Internet Check Card Purchase | AMAZON PRIME | $15.89 | | $738.65 |
| 9873 Account | 11/2/2023 | Electronic Funds Transfer (EFT) Credit | REALTIME CREDIT BILL.COM | | $0.87 | $739.52 |
| 9873 Account | 11/3/2023 | Check Card Purchase | CHINA HOUSE GIBSONIA PA | $51.79 | | $687.73 |
| 9873 Account | 11/6/2023 | Check Card Purchase | SHERWIN WILLIA | $68.73 | | $619.00 |
| 9873 Account | 11/6/2023 | Check Card Purchase | BUTLER BREW W | $101.22 | | $517.78 |
| 9873 Account | 11/8/2023 | Check Card Purchase | BANKFUL PURCHASE AMERISTAR MK LT | $3.23 | | $514.55 |
| 9873 Account | 11/9/2023 | Electronic Funds Transfer (EFT) Debit | GODADDY PAYMENTS | $0.01 | | $514.54 |
| 9873 Account | 11/9/2023 | Wire Fee | SERVICE CHARGE | $18.00 | | $496.54 |
| 9873 Account | 11/9/2023 | Electronic Funds Transfer (EFT) Credit | GODADDY PAYMENTS | | $0.01 | $496.55 |
| 9873 Account | 11/9/2023 | Wire In | INVESTOR | | $50,000.00 | $50,496.55 |
| 9873 Account | 11/10/2023 | Electronic Funds Transfer (EFT) Debit | MARINER FINANCE TRANS PMT | $97.16 | | $50,399.39 |

Exhibit 1

## Summary of Account 9873

**(AmeriStar MK Account at Citizens Bank)**

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| 9873 Account | 11/10/2023 | Wire Fee | SERVICE CHARGE | $18.00 | | $50,381.39 |
| 9873 Account | 11/10/2023 | Wire In | INVESTOR | | $50,000.00 | $100,381.39 |
| 9873 Account | 11/13/2023 | Internet Payment | AMAZON | $422.94 | | $99,958.45 |
| 9873 Account | 11/14/2023 | Internet Check Card Purchase | WAYFAIR | $588.49 | | $99,369.96 |
| 9873 Account | 11/14/2023 | Internet Check Card Purchase | AMZN MKTP | $24.37 | | $99,345.59 |
| 9873 Account | 11/14/2023 | Electronic Funds Transfer (EFT) Credit | WIXCOM PAYOUT | | $9.41 | $99,355.00 |
| 9873 Account | 11/16/2023 | Check Card Purchase | PITT DENTAL CL | $270.00 | | $99,085.00 |
| 9873 Account | 11/17/2023 | Check Card Purchase | ROUTE 8 SHOP N SAV | $153.88 | | $98,931.12 |
| 9873 Account | 11/20/2023 | Check Card Purchase | STAPLES | $422.56 | | $98,508.56 |
| 9873 Account | 11/20/2023 | Check Card Purchase | ZOTTOLA S PUB | $100.32 | | $98,408.24 |
| 9873 Account | 11/21/2023 | Check Card Purchase | THE GRANDVIEW | $12.00 | | $98,396.24 |
| 9873 Account | 11/22/2023 | Check Card Purchase | ALTIUS MODERN | $423.82 | | $97,972.42 |
| 9873 Account | 11/22/2023 | Check Card Purchase | UPMC VALET PARKING | $5.00 | | $97,967.42 |
| 9873 Account | 11/24/2023 | Check Card Purchase | SHEETZ | $30.07 | | $97,937.35 |
| 9873 Account | 11/27/2023 | Check Card Purchase | WINE AND SPIRI | $323.16 | | $97,614.19 |
| 9873 Account | 11/27/2023 | Check Card Purchase | TARGET | $66.34 | | $97,547.85 |
| 9873 Account | 11/27/2023 | Check Card Purchase | WAL-MARTS | $50.42 | | $97,497.43 |
| 9873 Account | 11/30/2023 | Maintenance/Service Charge Fee | SERVICE CHARGE | $3.00 | | $97,494.43 |
| 9873 Account | 12/1/2023 | Check Card Purchase | CMS MEDICARE | $494.70 | | $96,999.73 |
| 9873 Account | 12/1/2023 | Check Card Purchase | THE HARTWOOD RESTA | $127.31 | | $96,872.42 |
| 9873 Account | 12/4/2023 | Internet Check Card Purchase | AMAZON PRIME | $15.89 | | $96,856.53 |
| 9873 Account | 12/5/2023 | Internet Check Card Purchase | AMZN MKTP | $16.95 | | $96,839.58 |
| 9873 Account | 12/6/2023 | Internet Check Card Purchase | WEATHERTECH | $39.54 | | $96,800.04 |
| 9873 Account | 12/7/2023 | Internet Check Card Purchase | WEATHERTECH | $169.01 | | $96,631.03 |
| 9873 Account | 12/8/2023 | Check Card Purchase | WINE AND SPIRI | $193.45 | | $96,437.58 |
| 9873 Account | 12/8/2023 | Check Paid | SMCKJT CHECKEEPE ACCTVERIFY | $0.01 | | $96,437.57 |
| 9873 Account | 12/8/2023 | Check Deposit | SMCKJT CHECKEEPE ACCTVERIFY | | $0.01 | $96,437.58 |
| 9873 Account | 12/11/2023 | Internet Check Card Purchase | AMZN MKTP | $63.59 | | $96,373.99 |
| 9873 Account | 12/11/2023 | Check Card Purchase | KOHLS | $41.38 | | $96,332.61 |
| 9873 Account | 12/11/2023 | Check Card Purchase | TJMAXX | $83.47 | | $96,249.14 |
| 9873 Account | 12/11/2023 | Check Card Purchase | ROUTE 8 SHOP N SAV | $62.42 | | $96,186.72 |
| 9873 Account | 12/11/2023 | Check Card Purchase | ROUTE 8 SHOP N SAV | $15.96 | | $96,170.76 |
| 9873 Account | 12/11/2023 | Check Card Purchase | SHELL OIL | $37.51 | | $96,133.25 |
| 9873 Account | 12/11/2023 | Check Card Purchase | BANKFUL PURCHASE AMERISTAR MK LT | $1.77 | | $96,131.48 |
| 9873 Account | 12/11/2023 | Deposit | INVESTOR | | $10,000.00 | $106,131.48 |
| 9873 Account | 12/12/2023 | Check Card Purchase | BURGER KING | $5.55 | | $106,125.93 |

**Exhibit 1**

## Summary of Account 9873

**(AmeriStar MK Account at Citizens Bank)**

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| 9873 Account | 12/12/2023 | Check Card Purchase | CONSOLIDATED COMMUDECATUR IL | $73.20 | | $106,052.73 |
| 9873 Account | 12/12/2023 | Internet Check Card Purchase | AMAZON.COM | $15.77 | | $106,036.96 |
| 9873 Account | 12/13/2023 | Check Card Purchase | SHEETZ | $30.00 | | $106,006.96 |
| 9873 Account | 12/13/2023 | Internet Check Card Purchase | AMZN MKTP | $21.19 | | $105,985.77 |
| 9873 Account | 12/13/2023 | Check Card Purchase | TARGET | $105.71 | | $105,880.06 |
| 9873 Account | 12/13/2023 | Internet Check Card Purchase | AMAZON.COM | $28.61 | | $105,851.45 |
| 9873 Account | 12/13/2023 | Transfer Out (Internal) | Ameristar MK LTD Liability Company (CB Acct. No. 0022) | $1,000.00 | | $104,851.45 |
| 9873 Account | 12/13/2023 | Deposit | INVESTOR | | $100,000.00 | $204,851.45 |
| 9873 Account | 12/13/2023 | Deposit | INVESTOR | | $10,000.00 | $214,851.45 |
| 9873 Account | 12/13/2023 | Deposit | INVESTOR | | $10,000.00 | $224,851.45 |
| 9873 Account | 12/14/2023 | Internet Check Card Purchase | AMZN MKTP | $36.03 | | $224,815.42 |
| 9873 Account | 12/14/2023 | Internet Check Card Purchase | AMZN MKTP | $49.53 | | $224,765.89 |
| 9873 Account | 12/14/2023 | Internet Check Card Purchase | AMZN MKTP | $10.59 | | $224,755.30 |
| 9873 Account | 12/14/2023 | Internet Check Card Purchase | AMZN MKTP | $38.47 | | $224,716.83 |
| 9873 Account | 12/14/2023 | Internet Check Card Purchase | AMZN MKTP | $19.06 | | $224,697.77 |
| 9873 Account | 12/14/2023 | Check Card Purchase | ROUTE 8 SHOP N SAV | $68.63 | | $224,629.14 |
| 9873 Account | 12/14/2023 | Point-Of-Sale Return | KOHLS | | $19.99 | $224,649.13 |
| 9873 Account | 12/15/2023 | Returned Deposit/Credit | INVESTOR | $100,000.00 | | $124,649.13 |
| 9873 Account | 12/15/2023 | Return Item Fee | CHECK RETURNED FEE | $20.00 | | $124,629.13 |
| 9873 Account | 12/18/2023 | Internet Check Card Purchase | AMZN MKTP | $22.24 | | $124,606.89 |
| 9873 Account | 12/18/2023 | Check Card Return | TJMAXX | | $44.98 | $124,651.87 |
| 9873 Account | 12/18/2023 | Check Paid | Fred W Freitig | $5,000.00 | | $119,651.87 |
| 9873 Account | 12/19/2023 | Check Card Purchase | ALTA VIA PIZZERIA | $256.00 | | $119,395.87 |
| 9873 Account | 12/19/2023 | Transfer In (Internal) | INVESTOR | | $251,480.40 | **$370,876.27** |
| 9873 Account | 12/19/2023 | Transfer In (Internal) | INVESTOR | | $251,090.97 | **$621,967.24** |
| 9873 Account | 12/22/2023 | Transfer In (Internal) | INVESTOR | | $50,000.00 | **$671,967.24** |
| 9873 Account | 12/26/2023 | Check Card Purchase | NORDSTROM | $20.06 | | **$671,947.18** |
| 9873 Account | 12/26/2023 | Credit Card Purchase | NORDSTROM | $72.00 | | **$671,875.18** |
| 9873 Account | 12/29/2023 | Maintenance/Service Charge Fee | SERVICE CHARGE | $3.00 | | **$671,872.18** |
| 9873 Account | 12/29/2023 | Electronic Funds Transfer (EFT) Credit | INVESTOR | | $40,000.00 | **$711,872.18** |
| 9873 Account | 12/29/2023 | Check Paid | INVESTOR | $10,000.00 | | **$701,872.18** |
| 9873 Account | 1/1/2024 | Check Paid | INVESTOR | $10,000.00 | | **$691,872.18** |
| 9873 Account | 1/2/2024 | Internet Check Card Purchase | AMZN MKTP | $74.33 | | **$691,797.85** |
| 9873 Account | 1/2/2024 | Internet Check Card Purchase | AMAZON.COM | $20.89 | | **$691,776.96** |
| 9873 Account | 1/2/2024 | Internet Check Card Purchase | AMAZON PRIME | $15.89 | | **$691,761.07** |

**Exhibit 1**

## Summary of Account 9873

(AmeriStar MK Account at Citizens Bank)

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
| 105 | 9873 Account | 1/3/2024 | Internet Check Card Purchase | PAEFILE | $7.00 | | **$691,754.07** |
| 106 | 9873 Account | 1/3/2024 | Internet Check Card Purchase | PAEFILE | $170.00 | | **$691,584.07** |
| 107 | 9873 Account | 1/3/2024 | Internet Check Card Purchase | PAEFILE | $20.00 | | **$691,564.07** |
| 108 | 9873 Account | 1/3/2024 | Internet Check Card Purchase | PAEFILE | $2.50 | | **$691,561.57** |
| 109 | 9873 Account | 1/3/2024 | Check Card Purchase | UPMC PHYSICIANS | $5.00 | | **$691,556.57** |
| 110 | 9873 Account | 1/3/2024 | Internet Check Card Purchase | SIRIUSXM.COM | $107.84 | | **$691,448.73** |
| 111 | 9873 Account | 1/3/2024 | Wire Fee | SERVICE CHARGE | $40.00 | | **$691,408.73** |
| 112 | 9873 Account | 1/5/2024 | Check Card Purchase | SHEETZ | $40.00 | | **$691,368.73** |
| 113 | 9873 Account | 1/8/2024 | Check Paid | CHECK | $0.00 | | **$691,368.73** |
| 114 | 9873 Account | 1/8/2024 | Internet Check Card Purchase | AMZN MKTP | $30.72 | | **$691,338.01** |
| 115 | 9873 Account | 1/8/2024 | Internet Check Card Purchase | AMZN MKTP | $36.03 | | **$691,301.98** |
| 116 | 9873 Account | 1/8/2024 | Check Card Purchase | WINE AND SPIRI | $129.35 | | **$691,172.63** |
| 117 | 9873 Account | 1/8/2024 | Check Card Purchase | GIANT EAGLE | $48.24 | | **$691,124.39** |
| 118 | 9873 Account | 1/9/2024 | Internet Check Card Purchase | AMAZON.COM | $7.40 | | **$691,116.99** |
| 119 | 9873 Account | 1/9/2024 | Internet Check Card Purchase | AMZN MKTP | $18.01 | | **$691,098.98** |
| 120 | 9873 Account | 1/9/2024 | Internet Check Card Purchase | AMZN MKTP | $16.58 | | **$691,082.40** |
| 121 | 9873 Account | 1/9/2024 | Internet Check Card Purchase | AMZN MKTP | $167.46 | | **$690,914.94** |
| 122 | 9873 Account | 1/9/2024 | Internet Check Card Purchase | CITIPY CITIBANK N.A | $495.04 | | **$690,419.90** |
| 123 | 9873 Account | 1/10/2024 | Check Card Purchase | CONSOLIDATED COMMUDECATUR IL | $73.20 | | **$690,346.70** |
| 124 | 9873 Account | 1/10/2024 | Wire Out | OTHER INDIVIDUAL | $7,500.00 | | **$682,846.70** |
| 125 | 9873 Account | 1/11/2024 | Debit Memo | INVESTOR | $251,480.40 | | **$431,366.30** |
| 126 | 9873 Account | 1/11/2024 | Debit Memo | INVESTOR | $251,090.97 | | $180,275.33 |
| 127 | 9873 Account | 1/11/2024 | Debit Memo | INVESTOR | $50,000.00 | | $130,275.33 |
| 128 | 9873 Account | 1/31/2024 | Maintenance/Service Charge Fee | SERVICE CHARGE | $3.00 | | $130,272.33 |
| 129 | 9873 Account | 2/28/2024 | Other Debit | SERVICE CHARGE | $3.00 | | $130,269.33 |
| 130 | **INVESTORS** | | | | **$672,517.37** | **$822,571.37** | |
| 131 | **FREITAG** | | | | **$5,000.00** | | |

**Exhibit 1**

## Summary of 0731 Account

(AmeriStar MK Account at KeyBank)

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| 0731 Account | 1/17/2024 | Beginning Balance | | | | $0.00 |
| 0731 Account | 1/17/2024 | Branch/Office Deposit | Cash | | $42.36 | $42.36 |
| 0731 Account | 1/17/2024 | Branch/Office Deposit | Cash | | $100.00 | $142.36 |
| 0731 Account | 1/18/2024 | Wire In | INVESTOR | | $150,000.00 | $150,142.36 |
| 0731 Account | 1/18/2024 | Wire Fee | Wire Fee | $20.00 | | $150,122.36 |
| 0731 Account | 1/22/2024 | Direct Deposit | Acctverify | | $0.01 | $150,122.37 |
| 0731 Account | 1/22/2024 | Direct Deposit | Acctverify | | $0.46 | $150,122.83 |
| 0731 Account | 1/22/2024 | Electronic Funds Transfer (EFT) Debit | Acctverify | $0.47 | | $150,122.36 |
| 0731 Account | 1/24/2024 | Direct Deposit | POTENTIAL INVESTOR | | $100,000.00 | **$250,122.36** |
| 0731 Account | 1/24/2024 | Electronic Funds Transfer (EFT) Debit | Ameristar MK LLC (Middlesex Bank Acct. No. 4165) | $1,250.00 | | $248,872.36 |
| 0731 Account | 1/25/2024 | Electronic Funds Transfer (EFT) Credit | INVESTOR | | $5,000.00 | **$253,872.36** |
| 0731 Account | 1/25/2024 | Direct Deposit | POTENTIAL INVESTOR | | $50,000.00 | **$303,872.36** |
| 0731 Account | 1/25/2024 | Branch/Office Withdrawal | No Detail | $20,008.00 | | **$283,864.36** |
| 0731 Account | 1/29/2024 | Branch/Office Deposit | INVESTOR | | $10,000.00 | **$293,864.36** |
| 0731 Account | 1/31/2024 | Check Paid | Fred Freitag | $20,000.00 | | **$273,864.36** |
| 0731 Account | 1/31/2024 | E-Check (Debit) | CHK ORDER | $42.36 | | **$273,822.00** |
| 0731 Account | 2/6/2024 | Wire In | INVESTOR | | $30,000.00 | **$303,822.00** |
| 0731 Account | 2/6/2024 | Wire In | INVESTOR | | $34,000.00 | **$337,822.00** |
| 0731 Account | 2/6/2024 | Wire Fee | Wire Fee | $20.00 | | **$337,802.00** |
| 0731 Account | 2/6/2024 | Wire Fee | Wire Fee | $20.00 | | **$337,782.00** |
| 0731 Account | 2/13/2024 | Wire In | INVESTOR | | $25,000.00 | **$362,782.00** |
| 0731 Account | 2/13/2024 | Wire Fee | Wire Fee | $20.00 | | **$362,762.00** |
| 0731 Account | 2/14/2024 | Wire In | INVESTOR | | $25,000.00 | **$387,762.00** |
| 0731 Account | 2/14/2024 | Wire In | INVESTOR | | $30,000.00 | **$417,762.00** |
| 0731 Account | 2/14/2024 | Branch/Office Deposit | INVESTOR | | $50,000.00 | **$467,762.00** |
| 0731 Account | 2/14/2024 | Branch/Office Deposit | INVESTOR | | $25,000.00 | **$492,762.00** |
| 0731 Account | 2/14/2024 | Wire Fee | Wire Fee | $20.00 | | **$492,742.00** |
| 0731 Account | 2/14/2024 | Wire Fee | Wire Fee | $20.00 | | **$492,722.00** |
| 0731 Account | 2/15/2024 | Direct Deposit | Acctverify | | $0.16 | **$492,722.16** |
| 0731 Account | 2/15/2024 | Direct Deposit | Acctverify | | $0.23 | **$492,722.39** |
| 0731 Account | 2/15/2024 | Wire In | INVESTOR | | $25,000.00 | **$517,722.39** |

**Exhibit 1**

## Summary of 0731 Account

(AmeriStar MK Account at KeyBank)

|    | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
| 33 | 0731 Account | 2/15/2024 | Wire Fee | Wire Fee | $20.00 | | **$517,702.39** |
| 34 | 0731 Account | 2/16/2024 | Returned Deposit/Credit | INVESTOR | $25,000.00 | | **$492,702.39** |
| 35 | 0731 Account | 2/16/2024 | Returned Deposit/Credit | POTENTIAL INVESTOR | $50,000.00 | | **$442,702.39** |
| 36 | 0731 Account | 2/21/2024 | Cash Deposit | POTENTIAL INVESTOR | | $25,000.00 | **$467,702.39** |
| 37 | 0731 Account | 2/23/2024 | Check Paid | Fred Freitag | $20,000.00 | | **$447,702.39** |
| 38 | 0731 Account | 3/6/2024 | Deposit | Ameristar MK LLC (Middlesex Bank Acct. No. 4165) | | $10,000.00 | **$457,702.39** |
| 39 | 0731 Account | 3/6/2024 | Auto Deduct | POTENTIAL INVESTOR | $100,000.00 | | **$357,702.39** |
| 40 | 0731 Account | 3/6/2024 | Auto Deduct | POTENTIAL INVESTOR | $50,000.00 | | **$307,702.39** |
| 41 | 0731 Account | 3/25/2024 | Official Check | Ameristar MK LTD Liability Company | $307,702.39 | | $0.00 |
| 42 | **INVESTORS/POTENTIAL INVESTORS** | | | | **$225,000.00** | **$584,000.00** | |
| 43 | **FREITAG** | | | | **$40,000.00** | | |

**Exhibit 1**

## Summary of 4165 Account
(AmeriStar MK Account at NOVO)

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
| 2 | 4165 Account | 1/1/2024 | Beginning Balance | | | | $0.00 |
| 3 | 4165 Account | 1/24/2024 | Deposit | Ameristar MK LLC (Keybank Acct. No. 0731) | | $1,250.00 | $1,250.00 |
| 4 | 4165 Account | 1/31/2024 | Deposit | Acctverify | | $0.18 | $1,250.18 |
| 5 | 4165 Account | 1/31/2024 | Withdrawal | Acctverify | $0.20 | | $1,249.98 |
| 6 | 4165 Account | 1/31/2024 | Deposit | Acctverify | | $0.02 | $1,250.00 |
| 7 | 4165 Account | 2/23/2024 | Deposit | Acctverify | | $0.50 | $1,250.50 |
| 8 | 4165 Account | 2/23/2024 | Deposit | Acctverify | | $0.21 | $1,250.71 |
| 9 | 4165 Account | 2/23/2024 | Withdrawal | Acctverify | $0.71 | | $1,250.00 |
| 10 | 4165 Account | 3/1/2024 | Wire | INVESTOR | | $100,000.00 | $101,250.00 |
| 11 | 4165 Account | 3/4/2024 | Withdrawal | ACH-Push/Prefund | $10,000.00 | | $91,250.00 |
| 12 | 4165 Account | 3/7/2024 | Withdrawal | Service Charge | $20.00 | | $91,230.00 |
| 13 | 4165 Account | 3/7/2024 | Withdrawal | Ameristar MK LLC (Keybank Acct. No. 0731) | $10,000.00 | | $81,230.00 |
| 14 | 4165 Account | 3/11/2024 | Deposit | ACH-Return (Fred Freitag) | | $10,000.00 | $91,230.00 |
| 15 | 4165 Account | 4/9/2024 | Withdrawal | INVESTOR* | $91,230.00 | | $0.00 |
| 16 | INVESTORS | | | | **$91,230.00** | **$100,000.00** | |
| 17 | | | | | | | |
| 18 | * Entry assumed based on Hold Harmless letter. | | | | | | |

## Summary of 8573 Account

(IRC Account at MT Bank)

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| 8573 Account | 2/26/2024 | Beginning Balance | | | | $0.00 |
| 8573 Account | 2/28/2024 | Deposit | Cash | | $5.00 | $5.00 |
| 8573 Account | 3/4/2024 | Wire | INVESTOR | | $50,000.00 | $50,005.00 |
| 8573 Account | 3/6/2024 | Check (6738) | OTHER INDIVIDUAL | $1,250.00 | | $48,755.00 |
| 8573 Account | 3/8/2024 | Debit | Service Charge | $3.00 | | $48,752.00 |
| 8573 Account | 3/11/2024 | Wire | INVESTOR | | $50,000.00 | $98,752.00 |
| 8573 Account | 3/12/2024 | Check (0002) | Integrated Research & Consulting, LLC | $1,250.00 | | $97,502.00 |
| 8573 Account | 3/14/2024 | Debit | ACCTVERIFY | | $0.05 | $97,502.05 |
| 8573 Account | 3/14/2024 | Debit | ACCTVERIFY | | $0.03 | $97,502.08 |
| 8573 Account | 3/21/2024 | Wire | INVESTOR | | $250,000.00 | **$347,502.08** |
| 8573 Account | 3/21/2024 | Wire | INVESTOR | | $5,000.00 | **$352,502.08** |
| 8573 Account | 3/21/2024 | Wire | INVESTOR | | $5,000.00 | **$357,502.08** |
| 8573 Account | 3/22/2024 | Wire | INVESTOR | | $1,000,000.00 | **$1,357,502.08** |
| 8573 Account | 3/22/2024 | Wire | INVESTOR | | $354,965.00 | **$1,712,467.08** |
| 8573 Account | 3/22/2024 | Debit | ACCTVERIFY | | $0.09 | **$1,712,467.17** |
| 8573 Account | 3/22/2024 | Debit | ACCTVERIFY | | $0.04 | **$1,712,467.21** |
| 8573 Account | 3/25/2024 | Wire | INVESTOR | | $50,000.00 | **$1,762,467.21** |
| 8573 Account | 3/25/2024 | Wire | INVESTOR | | $50,000.00 | **$1,812,467.21** |
| 8573 Account | 3/25/2024 | Wire | INVESTOR | | $5,000.00 | **$1,817,467.21** |
| 8573 Account | 3/25/2024 | Wire | INVESTOR | | $2,000.00 | **$1,819,467.21** |
| 8573 Account | 4/8/2024 | Debit | Service Charge | $41.00 | | **$1,819,426.21** |
| 8573 Account | 4/11/2024 | Credit | Closure Fee Waived | | $50.00 | **$1,819,476.21** |
| 8573 Account | 4/11/2024 | Debit | Final Analysis Fee | $3.00 | | **$1,819,473.21** |
| 8573 Account | 4/11/2024 | Debit | Account Closure Fee | $50.00 | | **$1,819,423.21** |
| 8573 Account | 4/11/2024 | Withdrawal | Integrated Research & Consulting, LLC | $1,819,423.21 | | $0.00 |
| **INVESTORS** | | | | | **$1,821,965.00** | |

**Exhibit 1**

## Summary of 5672 Account

(Freitag Account at FNB of PA)

| Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|---|---|---|---|---|---|---|
| 5672 Account | 3/21/2024 | Beginning Balance | | | | $0.00 |
| 5672 Account | 3/21/2024 | Deposit | Fred W Freitag IV (PNC Bank Acct. No. 1614) | | $100.00 | $100.00 |
| 5672 Account | 3/22/2024 | Credit | Acctverify | | $0.04 | $100.04 |
| 5672 Account | 3/22/2024 | Credit | Acctverify | | $0.05 | $100.09 |
| 5672 Account | 3/25/2024 | Deposit (Official ChecK) | Ameristar MK, LTD | | $307,702.39 | **$307,802.48** |
| 5672 Account | 3/25/2024 | Credit | Acctverify | | $0.01 | **$307,802.49** |
| 5672 Account | 3/25/2024 | Credit | Acctverify | | $0.09 | **$307,802.58** |
| 5672 Account | 3/27/2024 | Withdrawal | Skipper Buds | $78,146.40 | | $229,656.18 |
| 5672 Account | 3/27/2024 | Withdrawal | OTHER INDIVIDUAL | $50,000.00 | | $179,656.18 |
| 5672 Account | 3/28/2024 | Check | Barbara Freitag | $10,000.00 | | $169,656.18 |
| 5672 Account | 3/29/2024 | Deposit | Ameristar MK, LTD* | | $60,000.00 | $229,656.18 |
| 5672 Account | 3/29/2024 | Check | Law Offices of Fred Freitag (IOLTA) | $10,000.00 | | $219,656.18 |
| 5672 Account | 3/29/2024 | Credit | Interest | | $14.42 | $219,670.60 |
| 5672 Account | 4/1/2024 | Transfer | FNBPA BANK USE ACCT 4054219 | $14.42 | | $219,656.18 |
| 5672 Account | 4/1/2024 | Check | OTHER INDIVIDUAL | $33,875.00 | | $185,781.18 |
| 5672 Account | 4/2/2024 | Wire | POTENTIAL INVESTOR | | $50,000.00 | $235,781.18 |
| 5672 Account | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 | $245,781.18 |
| 5672 Account | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 | **$255,781.18** |
| 5672 Account | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 | **$265,781.18** |
| 5672 Account | 4/3/2024 | Wire | THE LIBERATION GROUP, INC. (d/b/a/ Fisher Precious Metals) | $50,000.00 | | $215,781.18 |
| 5672 Account | 4/3/2024 | Check | INVESTOR | $34,000.00 | | $181,781.18 |
| 5672 Account | 4/4/2024 | Deposit | INVESTOR | | $3,000.00 | $184,781.18 |
| 5672 Account | 4/8/2024 | Deposit | INVESTOR | | $30,000.00 | $214,781.18 |
| 5672 Account | 4/9/2024 | Wire | OTHER INDIVIDUAL | $7,000.00 | | $207,781.18 |
| 5672 Account | 4/9/2024 | Wire | GW MEDIA LLC | $12,000.00 | | $195,781.18 |
| 5672 Account | 4/10/2024 | Check 101 | Fred W. Freitag IV | $10,000.00 | | $185,781.18 |
| 5672 Account | 4/11/2024 | Deposit | INVESTOR | | $2,000.00 | $187,781.18 |
| 5672 Account | 4/11/2024 | Deposit | INVESTOR | | $40,000.00 | $227,781.18 |

**Exhibit 1**

## Summary of 5672 Account
(Freitag Account at FNB of PA)

|    | A | Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
|----|---|---------|-------------|-------------|-------------|--------|---------|-----------------|
| 30 |   | 5672 Account | 4/16/2024 | Wire | GW MEDIA LLC | $10,000.00 | | $217,781.18 |
| 31 |   | 5672 Account | 4/16/2024 | Wire | JM BULLION INC | $101,339.98 | | $116,441.20 |
| 32 |   | 5672 Account | 4/23/2024 | Wire | POTENTIAL INVESTOR | | $10,000.00 | $126,441.20 |
| 33 |   | 5672 Account | 4/24/2024 | Wire | Intelai, LLC | $43,114.13 | | $83,327.07 |
| 34 |   | 5672 Account | 4/25/2024 | Deposit | INVESTOR | | $5,000.00 | $88,327.07 |
| 35 |   | 5672 Account | 4/26/2024 | Deposit | Integrated Research & Consulting, LLC | | $1,819,423.21 | **$1,907,750.28** |
| 36 |   | 5672 Account | 4/26/2024 | Check 102 | Fred W. Freitag IV | $10,000.00 | | **$1,897,750.28** |
| 37 |   | 5672 Account | 4/29/2024 | Wire | INVESTOR | | $140,000.00 | **$2,037,750.28** |
| 38 |   | 5672 Account | 4/30/2024 | Credit | Interest | | $236.70 | **$2,037,986.98** |
| 39 |   | 5672 Account | 5/1/2024 | Transfer | FNBPA BANK USE ACCT 4054219 | $236.70 | | **$2,037,750.28** |
| 40 |   | 5672 Account | 5/3/2024 | Wire | OTHER INDIVIDUAL | $3,500.00 | | **$2,034,250.28** |
| 41 |   | 5672 Account | 5/3/2024 | Wire | INVESTOR | $7,000.00 | | **$2,027,250.28** |
| 42 |   | 5672 Account | 5/3/2024 | Wire | JM BULLION INC | $178,355.49 | | **$1,848,894.79** |
| 43 |   | 5672 Account | 5/10/2024 | Wire | Liberation Group, Inc. | $725,000.00 | | **$1,123,894.79** |
| 44 |   | 5672 Account | 5/10/2024 | Wire | JM BULLION INC | $996,148.39 | | $127,746.40 |
| 45 |   | 5672 Account | 5/13/2024 | Wire | Liberation Group, Inc. | | $725,000.00 | **$852,746.40** |
| 46 |   | 5672 Account | 5/16/2024 | Wire | JM BULLION INC | $721,327.52 | | $131,418.88 |
| 47 |   | 5672 Account | 5/30/2024 | Check 103 | Fred W. Freitag IV | $10,000.00 | | $121,418.88 |
| 48 |   | 5672 Account | 5/31/2024 | Credit | Interest | | $362.33 | $121,781.21 |
| 49 |   | 5672 Account | 6/3/2024 | Transfer | FNBPA BANK USE ACCT 4054219 | $362.33 | | $121,418.88 |
| 50 |   | 5672 Account | 6/6/2024 | Wire | Singh Law Firm, P.A. IOTA Trust BMG Of | | $70,369.47 | $191,788.35 |
| 51 |   | 5672 Account | 6/10/2024 | Wire | London Court of International | $70,369.47 | | $121,418.88 |
| 52 |   | 5672 Account | 6/18/2024 | Check 110 | Fred W. Freitag IV | $5,000.00 | | $116,418.88 |
| 53 |   | 5672 Account | 6/28/2024 | Credit | Interest | | $59.62 | $116,478.50 |

**Exhibit 1**

## Summary of 5672 Account
(Freitag Account at FNB of PA)

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits | Running Balance |
| 54 | 5672 Account | 7/1/2024 | Transfer | FNBPA BANK USE ACCT 4054219 | $59.62 | | $116,418.88 |
| 55 | INVESTORS/POTENTIAL INVESTORS | | | | $41,000.00 | $370,000.00 | |
| 56 | IRC 8573 Account | | | | | $1,819,423.21 | |
| 57 | AMERISTAR MK 0731 Account | | | | | $307,702.39 | |
| 58 | FREITAG | | | | $55,000.00 | $100.00 | |
| 59 | PRECIOUS METAL DEALERS | | | | $2,772,171.38 | $725,000.00 | $2,047,171.38 |
| 60 | OTHER ENTITIES/INDIVIDUALS | | | | $308,005.00 | $70,369.47 | |

**Exhibit 1**

## Summary of Investor Transactions

| Account | Posted Date | Description | Payee/Payor | Debits | Credits |
|---|---|---|---|---|---|
| 9873 Account (AmeriStar MK - Citizens) | 11/9/2023 | Wire In | INVESTOR | | $50,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 11/10/2023 | Wire In | INVESTOR | | $50,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/11/2023 | Deposit | INVESTOR | | $10,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/13/2023 | Deposit | INVESTOR | | $100,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/13/2023 | Deposit | INVESTOR | | $10,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/13/2023 | Deposit | INVESTOR | | $10,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/15/2023 | Returned Deposit/Credit | INVESTOR | $100,000.00 | |
| 9873 Account (AmeriStar MK - Citizens) | 12/19/2023 | Transfer In (Internal) | INVESTOR | | $251,480.40 |
| 9873 Account (AmeriStar MK - Citizens) | 12/19/2023 | Transfer In (Internal) | INVESTOR | | $251,090.97 |
| 9873 Account (AmeriStar MK - Citizens) | 12/22/2023 | Transfer In (Internal) | INVESTOR | | $50,000.00 |
| 9873 Account (AmeriStar MK - Citizens) | 12/29/2023 | Electronic Funds Transfer (EFT) Credit | INVESTOR | | $40,000.00 |

**Exhibit 1**

## Summary of Investor Transactions

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits |
| 13 | 9873 Account (AmeriStar MK - Citizens) | 12/29/2023 | Check Paid | INVESTOR | $10,000.00 | |
| 14 | 9873 Account (AmeriStar MK - Citizens) | 1/1/2024 | Check Paid | INVESTOR | $10,000.00 | |
| 15 | 9873 Account (AmeriStar MK - Citizens) | 1/11/2024 | Debit Memo | INVESTOR | $251,480.40 | |
| 16 | 9873 Account (AmeriStar MK - Citizens) | 1/11/2024 | Debit Memo | INVESTOR | $251,090.97 | |
| 17 | 9873 Account (AmeriStar MK - Citizens) | 1/11/2024 | Debit Memo | INVESTOR | $50,000.00 | |
| 18 | 0731 Account (AmeriStar MK - KeyBank) | 1/18/2024 | Wire In | INVESTOR | | $150,000.00 |
| 19 | 0731 Account (AmeriStar MK - KeyBank) | 1/24/2024 | Direct Deposit | POTENTIAL INVESTOR | | $100,000.00 |
| 20 | 0731 Account (AmeriStar MK - KeyBank) | 1/25/2024 | Electronic Funds Transfer (EFT) Credit | INVESTOR | | $5,000.00 |
| 21 | 0731 Account (AmeriStar MK - KeyBank) | 1/25/2024 | Direct Deposit | POTENTIAL INVESTOR | | $50,000.00 |
| 22 | 0731 Account (AmeriStar MK - KeyBank) | 1/29/2024 | Branch/Office Deposit | INVESTOR | | $10,000.00 |
| 23 | 0731 Account (AmeriStar MK - KeyBank) | 2/6/2024 | Wire In | INVESTOR | | $30,000.00 |

**Exhibit 1**

## Summary of Investor Transactions

|    | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits |
| 24 | 0731 Account (AmeriStar MK - KeyBank) | 2/6/2024 | Wire In | INVESTOR | | $34,000.00 |
| 25 | 0731 Account (AmeriStar MK - KeyBank) | 2/13/2024 | Wire In | INVESTOR | | $25,000.00 |
| 26 | 0731 Account (AmeriStar MK - KeyBank) | 2/14/2024 | Wire In | INVESTOR | | $25,000.00 |
| 27 | 0731 Account (AmeriStar MK - KeyBank) | 2/14/2024 | Wire In | INVESTOR | | $30,000.00 |
| 28 | 0731 Account (AmeriStar MK - KeyBank) | 2/14/2024 | Branch/Office Deposit | INVESTOR | | $50,000.00 |
| 29 | 0731 Account (AmeriStar MK - KeyBank) | 2/14/2024 | Branch/Office Deposit | INVESTOR | | $25,000.00 |
| 30 | 0731 Account (AmeriStar MK - KeyBank) | 2/15/2024 | Wire In | INVESTOR | | $25,000.00 |
| 31 | 0731 Account (AmeriStar MK - KeyBank) | 2/16/2024 | Returned Deposit/Credit | INVESTOR | $25,000.00 | |
| 32 | 0731 Account (AmeriStar MK - KeyBank) | 2/16/2024 | Returned Deposit/Credit | POTENTIAL INVESTOR | $50,000.00 | |
| 33 | 0731 Account (AmeriStar MK - KeyBank) | 2/21/2024 | Cash Deposit | POTENTIAL INVESTOR | | $25,000.00 |
| 34 | 4165 Account (AmeriStar MK NOVO) | 3/1/2024 | Wire | INVESTOR | | $100,000.00 |

**Exhibit 1**

## Summary of Investor Transactions

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits |
| 35 | 8573 Account (IRC M&T) | 3/4/2024 | Wire | INVESTOR | | $50,000.00 |
| 36 | 0731 Account (AmeriStar MK - KeyBank) | 3/6/2024 | Auto Deduct | POTENTIAL INVESTOR | $100,000.00 | |
| 37 | 0731 Account (AmeriStar MK - KeyBank) | 3/6/2024 | Auto Deduct | POTENTIAL INVESTOR | $50,000.00 | |
| 38 | 8573 Account (IRC M&T) | 3/11/2024 | Wire | INVESTOR | | $50,000.00 |
| 39 | 8573 Account (IRC M&T) | 3/21/2024 | Wire | INVESTOR | | $250,000.00 |
| 40 | 8573 Account (IRC M&T) | 3/21/2024 | Wire | INVESTOR | | $5,000.00 |
| 41 | 8573 Account (IRC M&T) | 3/21/2024 | Wire | INVESTOR | | $5,000.00 |
| 42 | 8573 Account (IRC M&T) | 3/22/2024 | Wire | INVESTOR | | $1,000,000.00 |
| 43 | 8573 Account (IRC M&T) | 3/22/2024 | Wire | INVESTOR | | $354,965.00 |
| 44 | 8573 Account (IRC M&T) | 3/25/2024 | Wire | INVESTOR | | $50,000.00 |
| 45 | 8573 Account (IRC M&T) | 3/25/2024 | Wire | INVESTOR | | $50,000.00 |
| 46 | 8573 Account (IRC M&T) | 3/25/2024 | Wire | INVESTOR | | $5,000.00 |
| 47 | 8573 Account (IRC M&T) | 3/25/2024 | Wire | INVESTOR | | $2,000.00 |
| 48 | 5672 Account (Freitag FNB) | 3/29/2024 | Deposit | AmeriStar MK LTD* | | $60,000.00 |
| 49 | 5672 Account (Freitag FNB) | 4/2/2024 | Wire | POTENTIAL INVESTOR | | $50,000.00 |

**Exhibit 1**

## Summary of Investor Transactions

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits |
| 50 | 5672 Account (Freitag FNB) | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 |
| 51 | 5672 Account (Freitag FNB) | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 |
| 52 | 5672 Account (Freitag FNB) | 4/3/2024 | Deposit | INVESTOR | | $10,000.00 |
| 53 | 5672 Account (Freitag FNB) | 4/3/2024 | Check | INVESTOR | $34,000.00 | |
| 54 | 5672 Account (Freitag FNB) | 4/4/2024 | Deposit | INVESTOR | | $3,000.00 |
| 55 | 5672 Account (Freitag FNB) | 4/8/2024 | Deposit | INVESTOR | | $30,000.00 |
| 56 | 4165 Account (AmeriStar MK NOVO)* | 4/9/2024 | | INVESTOR** | $91,230.00 | |
| 57 | 5672 Account (Freitag FNB) | 4/11/2024 | Deposit | INVESTOR | | $2,000.00 |
| 58 | 5672 Account (Freitag FNB) | 4/11/2024 | Deposit | INVESTOR | | $40,000.00 |
| 59 | 5672 Account (Freitag FNB) | 4/23/2024 | Wire | POTENTIAL INVESTOR | | $10,000.00 |
| 60 | 5672 Account (Freitag FNB) | 4/25/2024 | Deposit | INVESTOR | | $5,000.00 |
| 61 | 5672 Account (Freitag FNB) | 4/29/2024 | Wire | INVESTOR | | $140,000.00 |
| 62 | 5672 Account (Freitag FNB) | 5/3/2024 | Wire | INVESTOR | $7,000.00 | |
| 63 | **TOTALS** | | | | **$1,029,801.37** | **$3,698,536.37** |
| 64 | | | | | | |
| 65 | * Assumed to be investor funds, as explained in the Voorhees Declaration (paragraph 57(b)). | | | | | |
| 66 | ** Entry assumed based on Hold Harmless letter. | | | | | |

**Exhibit 1**

# Summary of Freitag Transactions

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Account | Posted Date | Description | Payee/Payor | Debits | Credits |
| 2 | 9873 Account (AmeriStar MK - Citizens) | 12/18/2023 | Check Paid | Fred W Freitig | $5,000.00 | |
| 3 | 0731 Account (AmeriStar MK - KeyBank) | 1/31/2024 | Check Paid | Fred Freitag | $20,000.00 | |
| 4 | 0731 Account (AmeriStar MK - KeyBank) | 2/23/2024 | Check Paid | Fred Freitag | $20,000.00 | |
| 5 | 5672 Account (Freitag FNB) | 3/21/2024 | Deposit | Fred W Freitig IV (PNC Bank Acct. No. 1614) | | $100.00 |
| 6 | 5672 Account (Freitag FNB) | 3/28/2024 | Check | Barbara Freitag | $10,000.00 | |
| 7 | 5672 Account (Freitag FNB) | 3/29/2024 | Check | Law Offices of Fred Freitag (IOLTA) | $10,000.00 | |
| 8 | 5672 Account (Freitag FNB) | 4/10/2024 | Check 101 | Fred W. Freitag IV | $10,000.00 | |
| 9 | 5672 Account (Freitag FNB) | 4/26/2024 | Check 102 | Fred W. Freitag IV | $10,000.00 | |
| 10 | 5672 Account (Freitag FNB) | 5/30/2024 | Check 103 | Fred W. Freitag IV | $10,000.00 | |
| 11 | 5672 Account (Freitag FNB) | 6/18/2024 | Check 110 | Fred W. Freitag IV | $5,000.00 | |
| 12 | **TOTALS** | | | | **$100,000.00** | **$100.00** |

**Exhibit 1**