ARTMENT ~~~~~~~ JRY
UE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### INTEGRATED RESEARCH & CONSULTING LLC
### 0450659361

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 06/04/2021 and was assigned identification number 0450659361. Following are the articles that constitute its original certificate.

1. **Name:**
   INTEGRATED RESEARCH & CONSULTING LLC

2. **Registered Agent:**
   J. FABER

3. **Registered Office:**
   97 FLAG POINT
   TOMS RIVER, NEW JERSEY 08753

4. **Business Purpose:**
   BUSINESS RESEARCH AND CONSULTING SERVICES.

5. **Effective Date of this Filing is:**
   06/04/2021

6. **Main Business Address:**
   97 FLAG POINT
   TOMS RIVER, NEW JERSEY 08753

**Signatures:**

J. KATHRYN FABER
AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 4th day of June, 2021*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4139235862
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Exhibit 17



DIVISION OF REVENUE AND ENTERPRISE SERVICES

**SHORT FORM STANDING**

**INTEGRATED RESEARCH & CONSULTING LLC**
0450659361

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named NJ Domestic Limited Liability Company (LLC) was registered by this office on Friday, June 4, 2021.

As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.

I further certify that the registered agent and registered office are:

J. FABER
97 FLAG POINT
TOMS RIVER, NEW JERSEY 08753

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 4th day of June, 2021

Elizabeth Maher Muoio
State Treasurer

Certificate Number : 4139235704
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

SEC-MTBANK-E-0000020

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**AUTHORITY OF FIDUCIARY TO OPEN DEPOSIT ACCOUNT**
(For use for trusts, estates, by escrow agents, landlords, etc.)

ACCOUNT NUMBER: ███████3573

DEPOSITOR: INTEGRATED RESEARCH & CONSULTING LLC, JOANNE K FABER, AS AGENT
AMERISTAR MK ESCROW ACCOUNT
(Title of estate, trust, escrow fund, etc.)

Fiduciary JOANNE K FABER
Title
Address ███████
Telephone ███████
SSN ███████
Signature /s/ Joanne

Title
Address
Telephone
SSN
Signature

Title
Address
Telephone
SSN
Signature

Title
Address
Telephone
SSN
Signature

1. I certify that Depositor named above is a(n) **ESCROW FUND**
(trust under will, revocable trust, escrow fund, security deposit, deposit in lieu of bond, etc.) validly created or existing under the laws of the State of **NJ** and I am authorized to act on Depositor's behalf by statute or by:

   [X] An agreement with **WEST RIDGE SOLUTIONS**
   entitled **ESCROW ACCT**
   dated **2/28/2024** appointing the undersigned as **ESCROW AGENT**
   (escrow agent, trustee, executor, landlord, etc.); or

   [ ] The last will and testament of _____ and letters testamentary issued _____ naming me as _____; or

   [ ] A trust agreement of grantors named _____ naming me as trustee; or

   [ ] Court order dated _____ naming me as _____ guardian, custodian, trustee, etc.

2. I certify that only one signature is required to authorize banking transactions for Depositor, and acknowledge that dual signature requirements or restrictions impose no duty of enforcement on M&T Bank.

3. I further certify that each signature appearing above or on a Rider hereto is a true specimen of the signature of the person whose signature it purports to be.

Print Name of first Fiduciary named above: **Joanne K. Faber**
Signature of first Fiduciary named above: /s/   Title: **AGENT**

Print Name of second Fiduciary named above (if applicable)
Signature of second Fiduciary named above (if applicable)   Title

Print Name of third Fiduciary named above
Signature of third Fiduciary named above   Title

Print Name of fourth Fiduciary named above (if applicable)
Signature of fourth Fiduciary named above (if applicable)   Title

Original - Account Services; Copy - Branch
PA047 (1/11)

PKH

SEC-MTBANK-E-0000028

New Account 02/28/24

# MANUFACTURERS AND TRADERS TRUST COMPANY
# COMMERCIAL DEPOSIT ACCOUNT OPENING REQUEST

| ACCOUNT TITLE AND ADDRESS | OFFICE OF ACCOUNT |
|---|---|
| INTEGRATED RESEARCH & CONSULTING LLC<br>JOANNE K FABER, AS AGENT<br>AMERISTAR MK ESCROW ACCOUNT | 3376<br>TOMS RIVER |
| | **ACCOUNT NUMBER**<br>3573 |
| | **ACCOUNT TYPE**<br>M&T Simple Checking for Business |
| | **CUST 1 PHONE #** |

FUNDS OWNER CODE  02     FUNDS SUB-OWNER CODE  05

Taxpayer Identification Number (EIN/SSN)  871030991

**Agreement and Certification:** With respect to the Account, the above named Depositor: (1) acknowledges receipt of, and agrees to all provisions of, M&T Bank's Commercial Deposit Account Agreement, the Specific Features and Terms disclosure, the Availability Disclosure for Commercial Deposit Accounts, and all related agreements, schedules of fees and charges, and M&T Bank rules, regulations, procedures and guidelines, all as amended from time to time; and (2) agrees to pay all applicable fees and charges as in effect from time to time, and (3) certifies that all information provided in connection with this account is accurate.

☐ The certification below does not apply as the owner is not a U.S. citizen or other U.S. person as defined by the Internal Revenue Service and a Form W-8 will be/has been completed.

**Certification:** As shown on the official Form W-9 that under of penalties of perjury, I certify that
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2. above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. See the instructions for the separate Form W-9.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| AUTHORIZED SIGNATURE | [signature] | DATE | 2/28/24 |
|---|---|---|---|
| TITLE | | | |
| SIC CODE | | | |
| IDENTIFICATION: | CERTINC<br>SWEV | 06/21<br>05/23<br>^NA | US^NJ<br>US^NA |

**OPENING AMOUNT**  $5.00     **DATE**  02/28/24

## ACCOUNT SPECIFICS

| | |
|---|---|
| **CHECKING/NOW:** | **DEPOSIT SOURCE:** |
| Key Account for Analysis | 1) Cash |
| Annual Interest Rate  (subject to change daily) | 2) |
| Transfer Interest to Account | 3) |
| Statement Cycle   EM | **DEPOSIT AMOUNT:** |
| | 1) $5.00 |
| **SAVINGS:** | 2) |
| Annual Interest Rate  (subject to change daily) | 3) |
| PR | |
| Transfer Interest to Account | |

**TIME DEPOSIT:**

| | |
|---|---|
| Initial Term | Initial Maturity Date |
| Automatically Renewable? | Final Maturity Date |
| Annual Interest Rate  (for initial term) | |
| Interest Check? | Transfer Interest to Account |
| Interest Cycle | Basis Points |
| PR | |
| PR Approval _____ | |
| Promotional Code | |

**EXISTING OR NEW CUSTOMER:**

| | |
|---|---|
| CUST 1 Existing?  YES | Account Number: ███ 8433 |
| CUST 2 Existing?  YES | Account Number: ███ 8433 |

SOURCE OF FUNDS IF ACCOUNT WAS FUNDED WITH CASH AMOUNT GREATER THAN $10,000:

| BUSINESS CUSTOMER 1 AND BUSINESS ADDRESS | BUSINESS CUSTOMER 2 AND BUSINESS ADDRESS |
|---|---|
| *INTEGRATED RESEARCH & CONSULTING LLC<br>███ | JOANNE K FABER<br>███ |

| CUSTOMER 3 ADDRESS | |
|---|---|
| | |

 

| | |
|---|---|
| Posting Date | 2024 Apr 26 |
| Bank # | 096 |
| Research Seq # | |
| Account # | 8263 |
| Dollar Amount | $1,819,423.21 |
| Check/Store # | |
| DB/CR | DB |
| Entry Number | 1088 |
| RTABA | |
| Record Type # | 01 |



| | | |
|---|---|---|
| FOR INQUIRIES CALL: | TOMS RIVER | |

00  0 03376M NM 017

000000                                    P

**INTEGRATED RESEARCH & CONSULTING LLC**
**JOANNE K FABER, AS AGENT**
**AMERISTAR MK ESCROW ACCOUNT**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 8573 | 04/01/24 - 04/30/24 |
| **BEGINNING BALANCE** | $1,819,467.21 |
| **DEPOSITS & CREDITS** | 50.00 |
| **LESS CHECKS & DEBITS** | 1,819,476.21 |
| **LESS SERVICE CHARGES** | 41.00 |
| **ENDING BALANCE** | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2024 | BEGINNING BALANCE | | | $1,819,467.21 |
| 04/08/2024 | SERVICE CHARGE FOR ACCOUNT 8573 | | $41.00 | 1,819,426.21 |
| 04/11/2024 | ACCOUNT CLOSURE FEE WAIVED | $50.00 | | |
| 04/11/2024 | FINAL ANALYSIS CHARGE | | 3.00 | |
| 04/11/2024 | ACCOUNT CLOSURE FEE | | 50.00 | |
| 04/11/2024 | CLOSEOUT | | 1,819,423.21 | 0.00 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 15, 2024, YOUR USE OF TM SERVICES WILL BE GOVERNED BY THE REVISED BOOKLET AND THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL DETAILS, INCLUDING A SUMMARY OF CHANGES, THE REVISED BOOKLET AND THE REVISED TM AGREEMENT, VISIT MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.