# KeyBank

**Business/Public Entity Signature Card**

| Account Number ___0731 | Entity | |
|---|---|---|
| ☐ Multiple Accounts - Refer to Exhibit A | ☐ C-Corporation | ☐ S-Corporation |
| Legal Title of Account | ☐ Sole Proprietorship | ☐ Organization/Association |
| AMERISTAR MK LTD LIABILITY COMPANY | ☐ Non-Profit | ☐ Partnership |
| | ☐ Public Entity | ☐ Trust |
| | ☒ LLC (Tax Classification: ☐ C-Corp ☐ S-Corp ☐ Partnership) | |

**Signature Card Purpose:**
- ☐ New Account Signature card (Complete Section A only)
- ☐ Replacement Signature card (Complete Section A only)
- ☐ Add Signer (Complete Section A & C)
- ☐ Delete Signer (Complete Section B & C)

Tax ID: [redacted]

Title for Legal owner of Tax ID: **AMERISTAR MK LTD LIABILITY COMPANY**

| Principal Business Address | City | State | ZIP |
|---|---|---|---|
| 1309 COFFEEN AVE STE 1200 | SHERIDAN | WY | 82801-5777 |
| Statement Mailing Address | City | State | ZIP |
| 1041 APPLEJACK DR | GIBSONIA | PENNSYLVANIA | 15044-9576 |

**SECTION A: Add to Signer Account.** This section must be completed when adding a new signer to an EXISTING or NEW account.

| Signer Name | Email Address (Required for all signers when document is digitally signed) | Social Security Number | US Citizen Y/N | Signature |
|---|---|---|---|---|
| FRED FREITAG | | [redacted]8435 | Y | [signed] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**SECTION B: Delete Signer from Account.** This section must be completed when deleting one or more signers from an EXISTING account.

| Signer Name | Social Security Number | Deletion Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**SECTION C:**
Confirmation of Account Signers. This section must be completed when changing signers on an EXISTING account. This will be the complete list of signers on the above referenced account once all requested changes have been completed.

| Signer Name (Please print) | Signer Name (Please print) | Signer Name (Please print) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

*If this entity has additional Signers enter Signer's information on page 4 and check here ☐*
If you are a sole proprietor and are using your individual social security number for the TIN on this account, you authorize KeyBank to obtain a consumer report on you. We may report information about the Account to a reporting agency.

**Exhibit 36**

11. That this Certificate shall remain in full force and effect until written notice of amendment or rescission shall have been received by Bank, and that receipt of notice shall not affect action taken by the Bank prior to such receipt. That all previous authorizations for the signing and honoring of items are hereby ratified and continued in full force and effect. The Company agrees to indemnify and hold the Bank harmless from any and all claims, suits, judgments, losses, costs and expenses (including reasonable attorneys' fees) that Bank may incur as a result of the Bank continuing to act in pursuance of this Agreement.

IN WITNESS WHEREOF, Company has signed below by a duly authorized officer.

Signature: _____ Date: 1-17-2024
          Authorizing Officer

Printed Name: Fred W. Freity IV   Title: Owner

Authorized Officer and/or Authorized officer's signature above has been identified/verified by an authorized representative of bank:

Signature: Manisha _____ Date: 1/17/2024
          Bank Representative

Printed Name: MANISHA MEHROTRA   Title: Personal Banker

Notarization required if document is not signed in the presence of a Bank employee.

*State of _____ )
                     ) ss.
County of _____ )

The foregoing instrument was acknowledged before me this, authorized signer. _____ day of _____, 20___ by _____

Notary Public
My commission expires: _____

SEC-KEYBANK-E-0000005

# CitiDirect Check Image Delivery



- **Print**   **Close Window**
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| ▇4212 | ▇ | $307,702.39 | 03/26/2024 | 1100277929 |



OFFICIAL CHECK

294 - Gibsonia
Gibsonia, Pennsylvania
Remitter: FRED FREITAG
Date: 03/25/2024
$ 307,702.39 ***

Pay To The Order Of: AMERISTAR MK LTD LIABILITY COMPANY

Pay: THREE HUNDRED SEVEN THOUSAND SEVEN HUNDRED TWO DOLLARS AND 39 CENTS

Drawer: KeyBank
AUTHORIZED SIGNATURE

Issued by: Citibank N.A. One Penn's Way, New Castle, DE 19720
For information about this instrument, call: 1-888-556-5142



20240325

# Checking Account Details

Account Functions...

**KeyBank Basic Business Checking**  0731

| | |
|---|---|
| Beginning Balance, as of 03/27/2024 | 0.00 |
| Pending Activity Total | 0.00 |
| Holds | 0.00 |
| **Available Balance** | 0.00 |
| Overdraft Protection Available | NO |
| Standard Overdraft Services Consent | N/A |
| Last Interest / Dividend Payment, paid on 01/17/2024 | 0.00 |
| Total Interest / Dividend Paid YTD, as of | 0.00 |
| Total Interest / Dividend Paid Last Year | 0.00 |
| LDO Promotion Expiration Date | |

Show Account Remarks

Member FDIC

**Note:** Transaction Balance does not reflect your available balance and it should not be used when considering future transactions. The transaction balance is the balance after cleared activity has posted to your account. The displayed balance may not include pending activity.

## Transactions

From (mm/dd/yyyy): 02/26/2024
To (mm/dd/yyyy): 03/27/2024

GET MORE TRANSACTIONS

Legend: Sort Ascending, Sort Descending, View Cleared Check

| Date | Description | Debit | Credit |
|---|---|---|---|
| **No Pending Activity** | | | |

**Cleared Activity**

| Date | Type | Description | Debit | Credit | Transaction Balance |
|---|---|---|---|---|---|
| 03/25/2024 | Misc | CLOSE ACCOUNT | 307,702.39 | | 0.00 |
| 03/06/2024 | Auto Deduct | DIRECT WITHDRAWAL WELLS FARGO IFI REVERSAL | 100,000.00 | | 307,702.39 |
| 03/06/2024 | Auto Deduct | DIRECT WITHDRAWAL WELLS FARGO IFI REVERSAL | 50,000.00 | | 407,702.39 |
| 03/06/2024 | Deposit | DIRECT DEPOSIT, AMERISTAR MK LLCE418AEB324 | | 10,000.00 | 457,702.39 |

DAD Version 2014.04 1 build @BUILDDATE@