Fred W. Freitag IV, Esq.
1041 Applejack Drive
Gibsonia, PA 15044
fwfreitagiv@gmail.com
Office: 724.213.0811
Mobile/Direct: 724.504.3420



**FILED**

**Margaret Botkins**
**Clerk of Court**

10:46 am, 10/1/24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    v.

AMERISTAR, LLC.                         Civil No.. 2:24-cv-00169-KHR

                Defendant.

and

AMERISTAR MK, Ltd. Liability Company,
FRED W. FREITAG IV, and
HIGHLINE GOLD, INC. a/k/a HIGHLINE GOLD
LLC a/k/a HIGHLINE GOLD CORPORATION, LLC.

                Relief Defendants.

## RESPONSE OF RELIEF DEFENDANT
## FRED W. FREITAG IV, ESQUIRE, TO ORDER FOR ACCOUNTING

      Pursuant to the Court's Order, the Respondent Relief Defendant files the following response:

A.    The current locations of all funds, crypto assets, or other assets received from any third party for the purpose of investing with AmeriStar ("Investor"); specifying the Investor from whom the funds or other assets were received or obtained; the date(s) such funds or other assets were received; the current locations of all such funds or other assets; the disposition of any such funds or other assets including the date, amount, recipient and purpose of each disbursement; and the location, title and account numbers at any financial institution to which any such funds or other assets have been transferred;

Attached are exhibits:

1. Citizens Bank
2. FNB
3. KeyBank
4. Mars-Nextier
5. Novo
6. PNC
7. Robinhood
8. Wise
9. Miscellaneous

B.   All funds, investments, securities, real estate, crypto assets, and other assets with an original cost or present value of over $1000, including, but not limited to, vehicles, jewelry, art, and computers held in the name or for the benefit of AmeriStar or Relief Defendant or in the names of any family member, entity, subsidiary, affiliate, or agent under their direct or indirect control, or in which they have or have had since **June 1, 2023**, a direct or indirect beneficial interest, stating a description and location of such assets;

1. Real Estate:
   1041 Applejack Drive, Gibsonia, PA 15044 owned since    6/28/1996

2. Autos located at 1041 Applejack Drive, Gibsonia, PA 15044 :
   Mazda CX-5
   Mercedes GLA 250

3. Jewelry:
   Wedding Ring: purchased 1990 value

4. Computers:

5. Law Mower: Cub Cadet XT-1 purchased in 2020

6.       Furniture:
   Sofa

7.       Tools:
   TableSaw

C.      Each account, including safe deposit boxes, with any bank, financial institution, crypto asset trading platform, or brokerage firm, maintained in the names of AmeriStar or Relief Defendants or the names of any family member, entity, affiliate, or agent, or in which they have direct or indirect control or beneficial interest, or have or have had any direct or indirect beneficial interest since **June 1, 2023**;

See the attached exhibits.

D. Every transaction in which the ownership, direction, and control of any funds or other assets over $1000 or other assets of any kind with an original cost or present value of over $1000 have been transferred, directly or indirectly, since **June 1, 2023** to or from AmeriStar or Relief Defendants or their agents.

See the attached exhibits.

                                                    Respectfully submitted,

                                                    /s/ Fred W. Freitag IV
                                                  Fred W. Freitag IV, Esq.
                                                  1041 Applejack Drive
                                                  Gibsonia, PA 15044
                                                  fwfreitagiv@gmail.com
                                                  Office: 724.213.0811
                                                  Mobile/Direct: 724.504.3420

Copies furnished to: All Counsel of Record

Dear Clerk of Wyoming District Court,

Enclosed is a responsive pleading for a pending motion to provide accounting, on behalf of Fred W. Freitag, esquire, relief defendant.

Enclosed is the response, and the exhibits A through V.

The form for "auto rx emails" will be submitted today.
It could not be found on the website at this time.
If the form can be forwarded, it will be filed immediately.

Fred W. Freitag, esquire

email: fwfreitagiv@gmail.com
(Fred Freitag email address)